■ In the Matter of the Claim of RENATE SMITH, Respondent, v MALLORY TIMES COMPANY DIVISION OF P. R. MALLORY & COMPANY, INC., Appellant.

WORKERS' COMPENSATION BOARD, Respondent. — Motion for reargument and/or clarification of this court's decision dated October 6, 1983 [97 AD2d 571], denied, without costs. In the decision it was clearly indicated that claimant was not entitled to reinstatement or back wages subsequent to January 6, 1978 and nothing contained therein may be construed as directing further proceedings on the issue of her entitlement to such reinstatement or back wages subsequent to that date. Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.